# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**U.S.A. vs. Michael Hendricks Jayse Ringling**                **Docket No. 5:91-CR-41-1F**

### Petition for Action on Supervised Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Hendricks Jayse Ringling, who, upon an earlier plea of guilty to Conspiracy to Possess With the Intent to Distribute and Distribute Cocaine Base (Crack), in violation of 21 U.S.C. § 846, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on November 25, 1991, to the custody of the Bureau of Prisons for a term of 328 months. The defendant was re-sentenced on July 12, 1993, per remand from the 4th Circuit, to 262 months custody. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1.     The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2.     The defendant shall pay a special assessment in the amount of $50.00.

Michael Hendricks Jayse Ringling was released from custody on July 1, 2010, at which time the term of supervised release commenced.

On November 12, 2009, the conditions of release were modified by the court to include warrantless search by a United States Probation Officer.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is currently being supervised in the Eastern District of New York. According to US Probation Officer Richard Antonison, on October 13, 2011, the defendant's estranged girlfriend reported the defendant contacted her via text messages, telephone calls, Facebook, and through third parties. The nature of the unwanted contact involved abusive language, as well as threats of divulging personal, intimate information to the victim's family.

Additionally, the defendant had two positive breathalyzer tests, .037% and .093% on October 28, 2011, and November 2, 2011, respectively. He was admitted to a detoxification program on November 3, 2011, and will be referred to a residential substance abuse program upon his

completion. Lastly, Ringsling has been unemployed since September 2011, after leaving his position at the New York Health and Racquet Club in New York, New York, without securing alternate employment.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1.  The defendant shall have no direct or indirect contact with Sherron McLaughlin, in writing, in person, by telephone, or through any means not specified herein.

    Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

/s/Julie Wise Rosa
Julie Wise Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8675
Executed On: December 1, 2011

**ORDER OF COURT**

Considered and ordered this ___2___ day of ___December___, 2011, and ordered filed and made a part of the records in the above case.

_James C. Fox_
James C. Fox
Senior U.S. District Judge